Darren R. Krattli, WSBA No. 39128  HONORABLE WHITMAN L. HOLT
Eisenhower Carlson PLLC
909 A Street, Suite 600
Tacoma, Washington 98402
Telephone: (253) 572-4500
E-Mail: DKrattli@Eisenhowerlaw.com

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

In re:

1 MIN LLC; HOTEL AT SOUTHPORT LLC; and TWELFTH FLOOR, LLC,

Debtors.

NO. 24-01519-WLH[1]

NOTICE OF APPEARANCE

TO: CLERK OF THE COURT
AND TO: JAMES L. DAY and JASON E. WAX of BUSH STROUT & KORNFELD, Attorneys for Debtors
AND TO: UNITED STATES TRUSTEE
AND TO: ALL OTHER PARTIES REQUESTING NOTICE

PLEASE TAKE NOTICE that the undersigned attorneys, Darren R. Krattli of EISENHOWER CARLSON PLLC, as local counsel, and Thomas S. Kiriakos (*pro hac vice* admission pending), Craig E. Reimer (*pro hac vice* admission pending), and Danielle A. Sigal (*pro hac vice* admission pending), of MAYER BROWN LLP, hereby make their appearance in this action as attorneys for Creditor WF CREL 2020 GRANTOR TRUST.  All future notices, motion, papers and pleadings filed herein, except original process, are to be served upon the undersigned at the address below.

---

[1] As the proposed lead case for the jointly administered case nos. 24-01519, 24-01520, and 24-01521.

NOTICE OF APPEARANCE - 1

22305-1/DRK/1186340



Darren R. Krattli
Eisenhower Carlson PLLC
909 A Street, Suite 600
Tacoma, Washington 98402
Telephone: (253) 572-4500
Facsimile: (253) 272-5732
E-Mail: DKrattli@Eisenhowerlaw.com

Thomas S. Kiriakos (*pro hac vice* admission pending)
Craig E. Reimer (*pro hac vice* admission pending)
MAYER BROWN LLP
71 S. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
Emails: TKiriakos@mayerbrown.com
CReimer@mayerbrown.com

Danielle A. Sigal (*pro hac vice* admission pending)
MAYER BROWN LLP
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: DSigal@mayerbrown.com

DATED this 23rd day of September, 2024.

        EISENHOWER CARLSON PLLC

        /s/ Darren R. Krattli
        Darren R. Krattli, WSBA No. 39128
        909 A Street, Suite 600
        Tacoma, Washington 98402
        Telephone: (253) 572-4500
        Facsimile: (253) 272-5732
        E-Mail: DKrattli@Eisenhowerlaw.com

        and

        MAYER BROWN LLP

        Thomas S. Kiriakos (*pro hac vice admission pending*)
        Craig E. Reimer (*pro hac vice admission pending*)
        71 S. Wacker Dr.
        Chicago, Illinois 60606
        Telephone: (312) 782-0600
        Facsimile: (312) 701-7711

NOTICE OF APPEARANCE - 2

22305-1/DRK/1186340

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

24-01519-FPC11   Doc 14   Filed 09/23/24   Entered 09/23/24 13:56:22   Pg 2 of 3

Email: TKiriakos@mayerbrown.com
CReimer@mayerbrown.com

and

Danielle A. Sigal  (*pro hac vice admission pending*)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: DSigal@mayerbrown.com

**Counsel to WF CREL 2020 GRANTOR TRUST**

NOTICE OF APPEARANCE - 3

22305-1/DRK/1186340

EISENHOWER CARLSON PLLC
Attorneys at Law
909 A Street, Ste. 600
Tacoma, WA 98402
Tel 253.572.4500
Fax 253.272.5732
www.eisenhowerlaw.com

24-01519-FPC11    Doc 14    Filed 09/23/24    Entered 09/23/24 13:56:22    Pg 3 of 3