| | |
|---|---|
| Darren R. Krattli, WSBA No. 39128<br>Eisenhower Carlson PLLC<br>909 A Street, Suite 600<br>Tacoma, Washington 98402<br>Telephone: (253) 572-4500<br>E-Mail: DKrattli@Eisenhowerlaw.com | HONORABLE WHITMAN L. HOLT |

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re:<br><br>1 MIN LLC; HOTEL AT SOUTHPORT LLC; and TWELFTH FLOOR, LLC,<br><br>Debtors. | NO. 24-01519-WLH<br><br>APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE (DANIELLE A. SIGAL) |

APPLICATION FOR PRO HAC VICE APPEARANCE

Pursuant to Local Bankruptcy Rule 9010-1(a)(3) and Local Rule 83.2 of the United States District Court for the Eastern District of Washington, Darren R. Krattli of the law firm of Eisenhower Carlson PLLC, a member in good standing of the Washington State Bar and of the United States District Court for the Eastern District of Washington, hereby moves on behalf of WF CREL 2020 GRANTOR TRUST, a secured creditor and party in interest herein, for the admission *pro hac vice* of DANIELLE A. SIGAL ("**Applying Counsel**") in the above captioned case based on the following:

1. Applying Counsel's business address, phone number, and email are as follows:

    Mayer Brown LLP
    1221 Avenue of the Americas
    New York, NY 10020-1001
    (212) 506-2185
    Email: dsigal@mayerbrown.com

2. Applying Counsel is admitted to practice law in the following states:

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE (DANIELLE A. SIGAL)- 1

22305-1/DRK/1186096



New York – Admitted March 8, 2021, Attorney No. 5840194

3. Applying Counsel is admitted to practice law in the following courts:

United States District Court for the Eastern District of New York
United States District Court for the Southern District of New York

4. Name, address, phone number and email of admitted counsel with whom the applicant will be associated ("**Local Counsel**"):

Darren R. Krattli, WSBA #39128
Eisenhower Carlson PLLC
909 A Street, Suite 600
Tacoma, WA 98402
(253) 319-0955
Email: dkrattli@eisenhowerlaw.com

5. Necessity of Appearance: Applying Counsel requests permission to appear *pro hac vice* as Applying Counsel and his firm have represented WF CREL 2020 GRANTOR TRUST, a secured creditor herein, in its transactions with the Debtors, to include through the filing of the Petition herein. Applying Counsel's experience with the Debtors and their loan agreements combined with her bankruptcy litigation experience will facilitate efficient representation of WF CREL 2020 GRANTOR TRUST herein.

6. Applying Counsel is not currently subject to any pending disciplinary sanctions actions nor has he ever been subject to any disciplinary sanctions by any court or bar association.

7. Applying Counsel has read and is familiar with the Local District Court Rules, particularly Local District Court Rule 83.2(c), and understands it is necessary for Admitted Counsel to sign all pleadings, motions and other papers prior to filing and service and Admitted Counsel shall have meaningful participation in the case.

8. Pursuant to Local Bankruptcy Court Rule 9010-1(a)(3) and Local District Court Rule 83.2(c)(2), the required fee has been paid.

WHEREFORE, it is requested that this Court enter an order admitting DANIELLE A. SIGAL to practice law before this Court in this case, and any related cases, adversary

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE (DANIELLE A. SIGAL)- 2

22305-1/DRK/1186096



1  proceedings, and appeals, and to serve as co-counsel with Darren R. Krattli.

2      DATED this 20th day of September, 2024.

                    EISENHOWER CARLSON PLLC

                      */s/ Darren R. Krattli*
                      Darren R. Krattli, WSBA No. 39128
                      Local Counsel
                      909 A Street, Suite 600
                      Tacoma, Washington 98402
                      Telephone: (253) 572-4500
                      Facsimile: (253) 272-5732
                      E-Mail: DKrattli@Eisenhowerlaw.com

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE (DANIELLE A. SIGAL)- 3

22305-1/DRK/1186096



24-01519-FPC11    Doc 15    Filed 09/23/24    Entered 09/23/24 14:04:54    Pg 3 of 3