JAMES L. DAY (WSBA #20474)
CHRISTINE M. TOBIN-PRESSER (WSBA #27628)
JASON WAX (WSBA #41944)
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel (206) 292-2110
Emails: jday@bskd.com, ctobin@bskd.com, jwax@bskd.com

HONORABLE FREDERICK P. CORBIT

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>1 MIN LLC; HOTEL AT SOUTHPORT LLC; and TWELFTH FLOOR, LLC,<br><br>Debtors. | Chapter 11<br><br>Case No. 24-01519-11<br><br>(Proposed Lead Case; Joint Administration Requested)<br><br>STATEMENT PURSUANT TO FED. R. BANKR. P. 2016 |

Bush Kornfeld LLP ("Bush Kornfeld"), proposed bankruptcy counsel for 1 Min LLC ("EB-5 Debtor"); Hotel at Southport LLC ("Hotel Debtor"); and Twelfth Floor, LLC ("Mezz Debtor") (each a "Debtor" and collectively, the "Debtors"), debtors and debtors in possession in the above-captioned cases (the "Chapter 11 Cases"), makes the following statement, pursuant to Fed. R. Bankr. P. 2016 and section 329 of the United States Bankruptcy Code:

1. The Debtors have retained Bush Kornfeld to represent the Debtors in the Chapter 11 Cases.

FRBP 2016 STATEMENT – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 hi24dr017m

24-01519-FPC11    Doc 29    Filed 09/24/24    Entered 09/24/24 12:10:46    Pg 1 of 2

2. At the time of engagement, the billing rates for attorneys for this firm ranged from $425 per hour to $695 per hour, and the rates for clerks and paralegals range from $125 per hour to $175 per hour.

3. The primary attorneys representing the Debtor are James L. Day, Christine M. Tobin-Presser and Jason Wax. Mr. Day's hourly rate for these Chapter 11 Cases is $695, Ms. Tobin-Presser's hourly rate is $595, and Mr. Wax's hourly rate is $475. Bush Kornfeld's rates are periodically adjusted at the beginning of each year to account for market conditions.

4. Within the one year prior to the Petition Date, the Debtors paid to Bush Kornfeld the total sum of $127,352.50 over two separate payments as follows: $115,800.00 was paid on September 18, 2024; and $11,552.50 was paid on September 20, 2024. On the Petition Date, the Debtors owed no funds to Bush Kornfeld.

5. As of the Petition Date, Bush Kornfeld held, and currently holds, $22,647.50 in trust as the balance remaining of its prepetition advance fee deposit. This amount will not be applied to fees or costs incurred absent an order of this court.

6. In the year prior to the filing of the petition, the only payments that the Debtors made to Bush Kornfeld are described in this statement.

7. Bush Kornfeld will not share its compensation with any other entity.

DATED this 24th day of September, 2024.

By /s/ Jason Wax
James L. Day, WSBA #20474
Christine M. Tobin-Presser #27628
Jason Wax, WSBA #41944
Proposed Attorneys for the Debtors

FRBP 2016 STATEMENT – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 hi24dr017m

24-01519-FPC11    Doc 29    Filed 09/24/24    Entered 09/24/24 12:10:46    Pg 2 of 2