United States Bankruptcy Court
Eastern District of Washington

In re:     Case No. 24-01519-FPC
1 Min LLC     Chapter 11
         Debtor

# CERTIFICATE OF NOTICE

District/off: 0980-2     User: notice     Page 1 of 3
Date Rcvd: Sep 23, 2024     Form ID: 309F1     Total Noticed: 23

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 25, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | 1 Min LLC, 10605 SE 240th St. PMB #115, Kent, WA 98031-4903 |
| aty | + | Darren R Krattli, Eisenhower Carlson PLLC, 909 A Street, Suite 1200, Tacoma, Suite 600 Tacoma, WA 98402-5114 |
| aty | + | Jason E Wax, Bush Kornfeld LLP, 601 Union Street, Suite 5000, Seattle, WA 98101-2373 |
| aty | | Ragan L Powers, Davis Wright Tremaine LLP, 920 Fifth Avenue, Ste 3300, Seattle, WA 98104-1610 |
| cr | + | Darren R Krattli, Eisenhower Carlson PLLC, 909 A St, Suite 600, Tacoma, WA 98402 UNITED STATES 98402-5114 |
| cr | + | WF CREL 2020 Grantor Trust, C/O Darren R. Krattli, 909 A Street, Suite 600, Tacoma, WA 98402-5114 |
| 4290734 | + | Cai et al v Christ et al Plaintiffs, c/o Reid & Wise LLC, One Penn Plaza, Suite 2015, New York, NY 10119-2002 |
| 4290735 | + | Plaintiffs in Cai et al v Christ, c/o Arete Law Group PLLC, 1218 Third Avenue, Suite 2100, Seattle, WA 98101-3094 |
| 4290736 | + | Southport Hotel Eb-5, LP, 10605 SE 240th St. PMB #115, Kent, WA 98031-4903 |
| 4290733 | | U.S. Dept. of Justice, U.S. Attorney's Office, EDWA, PO Box 1494, Spokane, WA 99210-1494 |
| 4290732 | + | U.S. Small Business Admin, Legal Dept., 2401 Fourth Ave. #450, Seattle, WA 98121-3459 |
| 4290728 | | WA Dept of Emp Sec-OLY, UI Tax Admin, PO Box 9046, Olympia, WA 98507-9046 |
| 4290727 | ++ | WA STATE DEPT OF LABOR & INDUSTRIES, BANKRUPTCY UNIT, PO BOX 44171, OLYMPIA WA 98504-4171 address filed with court:, WA Dept of L&I-OLY, Collections, PO Box 44170, Olympia, WA 98504-4170 |

TOTAL: 13

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| aty | + | EDI: BDRKRATTLI | Sep 24 2024 03:48:00 | Darren R Krattli, Eisenhower Carlson PLLC, 909 A Street, Suite 1200, Tacoma, Suite 600, Tacoma, WA 98402-5114 |
| aty | | Email/Text: jday@bskd.com | Sep 23 2024 23:53:00 | James L Day, Bush Strout & Kornfeld, 601 Union Street, Suite 5000, Seattle, WA 98101 |
| smg | | EDI: IRS.COM | Sep 24 2024 03:48:00 | Internal Revenue Service, PO Box 7346, Philadelphia, PA 19101-7346 |
| smg | | Email/Text: bcureader@atg.wa.gov | Sep 23 2024 23:53:00 | Attorney General's Office, Bankruptcy & Collections Unit, 800 Fifth Avenue, Suite 2000, Seattle, WA 98104 |
| smg | | EDI: WADEPREV.COM | Sep 24 2024 03:48:00 | State of Washington, Department of Revenue, 2101 4th Ave, Ste 1400, Seattle, WA 98121-2300 |
| smg | | Email/Text: LAROBankruptcy@SEC.gov | Sep 23 2024 23:53:00 | Securities & Exchange Commission, Attn: Bankruptcy Counsel, 5670 Wilshire Blvd 11th Floor, Los Angeles, CA 90036-3648 |
| ust | + | Email/Text: ustp.region18.sp.ecf@usdoj.gov | Sep 23 2024 23:53:00 | US Trustee, US Court House, 920 W Riverside Ave, Suite 593, Spokane, WA 99201-1012 |
| cr | + | EDI: BDRKRATTLI | Sep 24 2024 03:48:00 | Darren R Krattli, Eisenhower Carlson PLLC, 909 A St, Suite 600, Tacoma, WA 98402, UNITED STATES 98402-5114 |
| cr | + | EDI: BDRKRATTLI | Sep 24 2024 03:48:00 | WF CREL 2020 Grantor Trust, C/O Darren R. |

| | | | |
|---|---|---|---|
| 4290731 | ^ MEBN | | Krattli, 909 A Street, Suite 600, Tacoma, WA 98402-5114 |
| | | Sep 23 2024 23:44:03 | Attorney General of the, United States, US Department of Justice, 950 Pennsylvania Ave. NW, Washington, DC 20530-0001 |
| 4290729 | Email/Text: bcureader@atg.wa.gov | Sep 23 2024 23:53:00 | WA Attorney General, Bankruptcy & Collections Unit, 800 5th Ave #2000, Seattle, WA 98104 |
| 4290723 | Email/Text: christine.leininger@usdoj.gov | Sep 23 2024 23:53:00 | US Attorney, Attn Bankruptcy Assistant, 700 Stewart ST #5220, Seattle, WA 98101-4438 |
| 4290726 | EDI: WADEPREV.COM | Sep 24 2024 03:48:00 | WA Dept of Rev-SEA, Bankruptcy/Claims Unit, 2101 4th Ave #1400, Seattle, WA 98121-2300 |

TOTAL: 13

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 4290724 | *P++ | INTERNAL REVENUE SERVICE, CENTRALIZED INSOLVENCY OPERATIONS, PO BOX 7346, PHILADELPHIA PA 19101-7346, address filed with court:, Internal Revenue Service, Jackson Federal Bldg, 915 2nd Ave M/S W243, Seattle, WA 98174 |
| 4290725 | *+ | US Treasury, Secretary of the Treasury, 1500 Pennsylvania Ave NW, Washington, DC 20220-0001 |
| 4290730 | *+ | United States of America, Internal Revenue Service, 915 Second Ave., Seattle, WA 98174-1009 |

TOTAL: 0 Undeliverable, 3 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Sep 25, 2024     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 23, 2024 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Darren R Krattli | on behalf of Creditor WF CREL 2020 Grantor Trust dkrattli@eisenhowerlaw.com jfernando@eisenhowerlaw.com |
| Darren R Krattli | on behalf of Creditor Darren R Krattli dkrattli@eisenhowerlaw.com jfernando@eisenhowerlaw.com |
| James L Day | on behalf of Debtor 1 Min LLC jday@bskd.com psutton@bskd.com;psutton@ecf.courtdrive.com;vbraxton@bskd.com;vbraxton@ecf.courtdrive.com;mbeck@bskd.com;mbeck@ecf.courtdrive.com;jday@ecf.courtdrive.com;eyocom@bskd.com;eyocom@ecf.courtdrive.com |
| Jason E Wax | on behalf of Debtor 1 Min LLC jwax@bskd.com psutton@bskd.com;psutton@ecf.courtdrive.com;vbraxton@bskd.com;vbraxton@ecf.courtdrive.com;mbeck@bskd.com;mbeck@ecf.courtdrive.com;jwax@ecf.courtdrive.com;eyocom@bskd.com;eyocom@ecf.courtdrive.com |
| Ragan L Powers | on behalf of Interested Party HRLW Hotel LLC raganpowers@dwt.com sherriparsons@dwt.com;SEADocket@dwt.com |

US Trustee
        USTP.REGION18.SP.ECF@usdoj.gov

TOTAL: 6

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor | 1 Min LLC<br>Name | EIN: | 81–1792574 |
| United States Bankruptcy Court | EASTERN DISTRICT OF WASHINGTON | Date case filed for chapter: | 11  9/20/24 |
| Case number: | 24–01519–FPC11 | | |

Official Form 309F1 (For Corporations or Partnerships)

# Notice of Chapter 11 Bankruptcy Case

(10/20)

**For the debtor listed above, a case has been filed under chapter 11 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from the debtor by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

Confirmation of a chapter 11 plan may result in a discharge of debt. A creditor who wants to have a particular debt excepted from discharge may be required to file a complaint in the bankruptcy clerk's office within the deadline specified in this notice. (See line 11 below for more information.)

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.uscourts.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | 1 Min LLC | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 10605 SE 240th St. PMB #115<br>Kent, WA 98031 | |
| 4. | **Debtor's attorney**<br>Name and address | James L Day<br>Bush Strout & Kornfeld<br>601 Union Street<br>Suite 5000<br>Seattle, WA 98101 | Contact phone 206–292–2110<br><br>Email: jday@bskd.com |
| 5. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address.<br>You may inspect all records filed in this case at this office or online at www.pacer.uscourts.gov. | 904 W Riverside Ave, Suite 304<br>PO Box 2164<br>Spokane, WA 99201 | Hours open:<br>8:30 am – 4:30 pm Monday – Friday, excluding holidays<br><br>Contact phone (509) 458–5300<br><br>Date: September 23, 2024 |
| 6. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath.<br>Creditors may attend, but are not required to do so. | October 25, 2024 at 09:00 AM<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket. | Location:<br><br>1–877–953–9294 Access Code: 4822893 |

**For more information, see page 2 >**

| | | |
|---|---|---|
| **7. Proof of claim deadline** | **Deadline for filing proof of claim:** <br> **For a governmental unit:** <br> A proof of claim is a signed statement describing a creditor's claim. A proof of claim form may be obtained at www.uscourts.gov or any bankruptcy clerk's office. <br> Your claim will be allowed in the amount scheduled unless: <br> • your claim is designated as *disputed*, *contingent*, or *unliquidated*; <br> • you file a proof of claim in a different amount; or <br> • you receive another notice. <br> If your claim is not scheduled or if your claim is designated as *disputed*, *contingent*, or *unliquidated*, you must file a proof of claim or you might not be paid on your claim and you might be unable to vote on a plan. You may file a proof of claim even if your claim is scheduled. <br> You may review the schedules at the bankruptcy clerk's office or online at www.pacer.uscourts.gov. <br> Secured creditors retain rights in their collateral regardless of whether they file a proof of claim. Filing a proof of claim submits a creditor to the jurisdiction of the bankruptcy court, with consequences a lawyer can explain. For example, a secured creditor who files a proof of claim may surrender important nonmonetary rights, including the right to a jury trial. | November 29, 2024 <br> March 19, 2025 |
| **8. Exception to discharge deadline** <br> The bankruptcy clerk's office must receive a complaint and any required filing fee by the following deadline. | If § 523(c) applies to your claim and you seek to have it excepted from discharge, you must start a judicial proceeding by filing a complaint by the deadline stated below. <br> **Deadline for filing the complaint:** | December 24, 2024 |
| **9. Creditors with a foreign address** | If you are a creditor receiving notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. | |
| **10. Filing a Chapter 11 bankruptcy case** | Chapter 11 allows debtors to reorganize or liquidate according to a plan. A plan is not effective unless the court confirms it. You may receive a copy of the plan and a disclosure statement telling you about the plan, and you may have the opportunity to vote on the plan. You will receive notice of the date of the confirmation hearing, and you may object to confirmation of the plan and attend the confirmation hearing. Unless a trustee is serving, the debtor will remain in possession of the property and may continue to operate its business. | |
| **11. Discharge of debts** | Confirmation of a chapter 11 plan may result in a discharge of debts, which may include all or part of your debt. See 11 U.S.C. § 1141(d). A discharge means that creditors may never try to collect the debt from the debtor except as provided in the plan. If you want to have a particular debt owed to you excepted from the discharge and § 523(c) applies to your claim, you must start a judicial proceeding by filing a complaint and paying the filing fee in the bankruptcy clerk's office by the deadline. | |