**So Ordered.**

**Dated: September 26th, 2024**

Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| In re | Chapter 11 |
|---|---|
| 1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC, | Lead Case No. 24-01519 |
| Debtors. | (Proposed Lead Case; Joint Administration Requested) |
| | ORDER SHORTENING TIME FOR HEARING ON MOTION FOR ORDER DIRECTING JOINT ADMINISTRATION OF RELATED CASES |

THIS MATTER came before the court upon the *Debtors' Motion for Order Shortening Time for Hearing on Motion for Order Directing Joint Administration of Related Cases* [ECF No. 33] (the "Motion"), filed by 1 Min LLC; Hotel at Southport LLC; and Twelfth Floor, LLC (collectively, the "Debtors"), in the above-captioned cases, seeking entry of an Order Shortening Time to permit hearing on *Debtors' Ex Parte Emergency Motion for Entry of Order (i) Directing the Joint Administration of*

ORDER SHORTENING TIME FOR HEARING ON MOTION
FOR ORDER DIRECTING JOINT ADMINISTRATION OF
RELATED CASES – Page 1

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

*these Cases; and (ii) Granting Related Relief* [ECF No. 3] (the "Joint Administration Motion"), on the Court's calendar on September 26, 2024, at 2:00 pm Pacific. The Court has reviewed the Motion, as well as the record and files in this proceeding and finds that the relief requested in the Motion is in the best interests of the Debtors, their estates, and their creditors, and that there is good cause to grant the Motion. Now, therefore, it is hereby

**ORDERED as follows:**

1. The Motion is GRANTED;

2. The Joint Administration Motion shall be heard on September 26, 2024 at 2:00 p.m.; and

3. Any responses to Joint Administration Motion may be made orally at the time of the hearing.

/ / /End of Order/ / /

Presented by:

BUSH KORNFELD LLP

By  */s/ James L. Day*
    James L. Day, WSBA #20474
    Christine M. Tobin-Presser, WSBA #27628
    Jason Wax, WSBA #41944
Proposed Attorneys for Debtors

ORDER SHORTENING TIME FOR HEARING ON MOTION
FOR ORDER DIRECTING JOINT ADMINISTRATION OF
RELATED CASES – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 hi25ms013j

24-01519-FPC11    Doc 36    Filed 09/26/24    Entered 09/26/24 11:01:11    Pg 2 of 2