United States Bankruptcy Court
Eastern District of Washington

In re: ) Case No. 24-01519
) 
1 MIN, LLC )
) **STATEMENT OF WITNESS TO**
) **SIGNING OF DOCUMENT**
Debtor(s) )

The undersigned states under penalty of perjury that he/she witnessed the signing of the following document(s) by the person(s) indicated thereon.

☑ Voluntary Petition

☑ Declaration Concerning Debtor's Schedules

☐ Statement of Social Security Number

☑ Statement of Affairs

☐ Other: Each document was signed via DocuSign

Dated: September 25, 2024

_____
Witness Signature

Eric Yocom
_____
Witness Name (printed or typed)

Address: Bush Kornfeld LLP
_____
601 Union St, Suite 5000
_____
Seattle, WA 98101
_____