**So Ordered.**

**Dated: September 30th, 2024**

Frederick P. Corbit
Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF WASHINGTON

| In re | Chapter 11 |
|---|---|
| 1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC, | Lead Case No. 24-01519 |
| | (Jointly Administered) |
| Debtors. | SCHEDULING ORDER |

THIS MATTER came before the Court at a hearing on September 26, 2024 (the "Hearing"), for the Court's consideration of various motions and other related relief filed and requested by 1 Min, LLC; Hotel at Southport, LLC; and Twelfth Floor, LLC, (the "Debtors"). The Court, having reviewed the files and records herein, and it appearing that the Debtors filed their *Debtors' Joint Plan of Reorganization* [ECF No. 9] (the "Plan") and their *Joint Disclosure Statement for Joint Plan of Reorganization* [ECF No. 8] (the "Disclosure Statement") on September 20, 2024 (the "Petition Date") in connection with the commencement of these cases, and the Debtors having requested that the Court combine the hearing on approval of the Disclosure

SCHEDULING ORDER– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

24-01519-FPC11    Doc 49    Filed 09/30/24    Entered 09/30/24 16:15:18    Pg 1 of 3

Statement with the hearing on confirmation of the Plan pursuant to Bankruptcy Code section 105(d)(2)(B)(vi) (the "Combined Hearing"), and that the Combined Hearing be scheduled such that creditors and parties in interest receive notice not less than that provided for under Bankruptcy Rule 2002(b), and good cause otherwise having been shown for the relief requested, now, therefore, it is hereby

**ORDERED as follows:**

1. The Combined Hearing is hereby set for November 7, 2024, commencing at 10:00 a.m. prevailing Pacific time, for the Court's consideration of the approval of the Disclosure Statement pursuant to Bankruptcy Code section 1125, and confirmation of the Plan pursuant to Bankruptcy Code section 1129.

2. Not later than September 30, 2024, the Debtors shall transmit to all creditors copies of (i) the Plan; (ii) the Disclosure Statement: (iii) the List Classifying Claims and Interests pursuant to Local Rule 3017-1(e) and in a form consistent with Local Form 3016; (iv) a Ballot in a form consistent with Local Form 3018C; and (v) a Notice of the Combined Hearing in a form consistent with Local Form 3016-1 (the "Notice").

3. The Notice shall provide that the deadline for the submission of ballots shall be October 31, 2024.

4. The Notice shall provide that the deadline for the submission of objections to (i) approval of the Disclosure Statement, and/or (ii) confirmation of the Plan, shall be October 31, 2024.

5. Not later than November 4, 2024, the Debtors shall file their Ballot Summary and Pre-Confirmation Report, including any response to objections filed as to

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

either the Disclosure Statement or the Plan, along with any other documents or other materials the Debtors believe necessary and appropriate.

///End of Order///

Presented by:

BUSH KORNFELD LLP


By   */s/ James L. Day*
    James L. Day, WSBA #20474
    Christine M. Tobin-Presser #27628
    Jason Wax, WSBA #41944
Attorneys for the Debtors

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

24-01519-FPC11    Doc 49    Filed 09/30/24    Entered 09/30/24 16:15:18    Pg 3 of 3