UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

## List Classifying Claims and Interests

**CASE NAME** _____   **CASE NO.** _____

**The following is a list of CREDITORS, set out and alphabetized by CLASS, as set forth in the debtor's Proposed Plan. The AMOUNT DUE is based on the amount of the claim as indicated by the debtor on the schedules (S), or by the amount of the claim as filed by a creditor (C), or as determined by the court in a judicial hearing (J), whichever is latest in time.**

| CLASS | I/U* | MEMBER(s) OF CLASS** | AMOUNT DUE | BASIS*** |
|-------|------|----------------------|------------|----------|
|       |      |                      |            |          |

\*   "I" indicates impaired and "U" indicates unimpaired for each class.

\*\*   If the member appears in more than one class as a result of the claim being secured in part and unsecured in part, a "+" to the right of the class member's name indicates that the claim is secured in part and unsecured in part.

\*\*\*   If the amount listed is based upon the claim as is scheduled by the debtor, an "S" is indicated under basis.
If the amount listed is based upon a proof of claim filed by the creditor, indicate "C" as the basis.
If the amount listed is based upon a judicial determination of the claim, indicate "J" as the basis.

**I hereby state under penalty of perjury that the information contained in the above List Classifying Claims and Interests is true and correct to the best of my knowledge and belief.**

/s/ James L. Day

James L. Day, WSBA 20474
Bush Kornfeld LLP
601 Union Street #5000
Seattle, WA 98101-2373
**Attorneys for Proponent of Plan**

**1 Min, LLC**
**Hotel at Southport, LLC**
**Twelfth Floor, LLC**
Case No. 24-01519

Notes to List Classifying Claims and Interests

**Note A:** Class 4 is unimpaired and is comprised of the general unsecured creditors of debtor Hotel at Southport, LLC, which consists of Claims that are outstanding at any given time that are incurred in connection with the operation of the Hyatt Regency hotel. The amount outstanding changes daily. All claims will be paid in full on the later of the Effective Date and the date on which such Claim becomes an Allowed Claim.

**Note B:** Class 5 is unimpaired and is comprised of the general unsecured creditors of debtor Twelfth Floor, LLC. The Debtors do not believe there are any Claims that will qualify for treatment under Class 5. However, any such Claims shall be paid in full on the later of the Effective Date and the date on which such Claim becomes an Allowed Claim.

**Note C:** Class 6 is impaired and is comprised of the general unsecured creditors of debtor 1 Min, LLC. Holders of Class 6 Claims are not expected to receive any distribution under the Plan and accordingly, shall be deemed to have rejected the Plan under Section 1126(g) of the Bankruptcy Code.