# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

In re

1 MIN LLC; HOTEL AT SOUTHPORT LLC; and TWELFTH FLOOR, LLC,

Debtors.

Chapter 11

Case No. 24-01519 (JOINTLY ADMINISTERED)

**APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE (MATTHEW J. LIVINGSTON)**

Pursuant to Local Bankruptcy Rule 9010-1(a)(3) and Local Rule 83.2 of the United States District Court for the Eastern District of Washington, Jeremy E. Roller of the Arete Law Group PLLC, a member in good standing of the Washington State Bar and of the United States District Court for the Eastern District of Washington, hereby moves on behalf of the EB-5 Creditors listed in the *Notice of Appearance of Jeremy E. Roller*, Dkt. No. 47, for the admission *pro hac vice* of MATTHEW J. LIVINGSTON ("Applying Counsel") in the above captioned case based on the following:

1. Applying Counsel's business address, phone number, and email are as follows:

   Reid & Wise LLC
   One Penn Plaza, Suite 2015
   New York, NY 10119
   (212) 858-9982
   mlivingston@reidwise.com

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE
No. 24-01519 – Page 1

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
P: (206) 428-3250

24-01519-FPC11   Doc 52   Filed 10/01/24   Entered 10/01/24 10:25:58   Pg 1 of 3

2. Applying Counsel is admitted to practice law in the following states:

   New York – Admitted September 12, 2016, Attorney No. 5456710

3. Applying Counsel is admitted to practice law in the following courts:

   United States District Court for the Eastern District of New York
   United States District Court for the Southern District of New York

4. Name, address, phone number, and email of admitted counsel with whom the applicate will be associated ("Local Counsel") are as follows:

   Jeremy E. Roller, WSBA No. 32021
   Arete Law Group PLLC
   600 University Street, Suite 2420
   Seattle, WA 98101
   (206) 428-3250
   jroller@aretelaw.com

5. Necessity of Appearance: Applying Counsel requests permission to appear *pro hac vice* as Applying Counsel and his firm have represented the EB-5 Creditors, plaintiffs with active litigation against all three debtors in the above-captioned jointly administered cases. Applying Counsel's experience with the EB-5 Creditors and litigation claims combined with his Chapter 11 experience representing both debtors and creditors will facilitate an efficient representation of the EB-5 Creditors herein.

6. Applying Counsel is not currently subject to any pending disciplinary sanctions nor has he ever been subject to any disciplinary sanctions by any court or bar association.

7. Applying Counsel has read and is familiar with the Local District Court Rules, particularly Local District Court Rule 83.2(c), and understands it is necessary for Local Counsel to sign all pleadings, motions, and other papers prior to filing and service and Local Counsel shall have meaningful participation in the case.

8. Pursuant to Local Bankruptcy Court Rule 9010-1(a)(3) and Local District Court Rule 83.2(c)(2), the required fee has been paid.

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE
No. 24-01519 – Page 2

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
O: (206) 428-3250

24-01519-FPC11    Doc 52    Filed 10/01/24    Entered 10/01/24 10:25:58    Pg 2 of 3

WHEREFORE Applying Counsel, Matthew J. Livingston, requests this Court enter an order admitting him to practice law before this Court in this case and any related cases, adversary proceedings, and appeals, and to serve as co-counsel with Jeremy E. Roller.

DATED: October 1, 2024

| | |
|---|---|
| **REID & WISE LLC** | **ARETE LAW GROUP PLLC** |
| By: /s/ Matthew J. Livingston<br>Matthew J. Livingston<br>One Penn Plaza, Suite 2015<br>New York, NY 10119<br>Phone: (212) 858-9982<br>mlivingston@reidwise.com<br><br>*Applying Counsel, Attorney for EB-5 Creditors* | By: /s/ Jeremy E. Roller<br>Jeremy E. Roller, WSBA No. 32021<br>600 University Street, Suite 2420<br>Seattle, WA 98101<br>Phone: (206) 428-3250<br>Fax:     (206) 428-3251<br>jroller@aretelaw.com<br><br>*Local Counsel, Attorney for EB-5 Creditors* |

APPLICATION FOR LEAVE TO APPEAR PRO HAC VICE
No. 24-01519 – Page 3

ARÊTE LAW GROUP
600 University St, Suite 2420
Seattle, WA 98101
P: (206) 428-3250

24-01519-FPC11    Doc 52    Filed 10/01/24    Entered 10/01/24 10:25:58    Pg 3 of 3