UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>1 MIN LLC; HOTEL AT SOUTHPORT LLC; and TWELFTH FLOOR, LLC,<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 24-01519<br><br>(Jointly Administered)<br><br>[PROPOSED] ORDER ESTABLISHING PROCEDURES FOR INTERIM PAYMENT OF FEES AND COSTS TO PROFESSIONALS |

THIS MATTER came before the court upon the Motion for Order Establishing Procedures for Interim Payment of Fees and Costs to Professionals (the "Motion") filed by 1 Min LLC ("EB-5 Debtor"); Hotel at Southport LLC ("Hotel Debtor"); and Twelfth Floor, LLC ("Mezz Debtor") (each a "Debtor" and collectively, the "Debtors"), debtors and debtors in possession in the above-captioned cases (the "Chapter 11 Cases"), pursuant to 11 U.S.C. §§ 105(a), 330, and 331, as well as Federal Rule of Bankruptcy Procedure 2016. Capitalized terms in this order have the same meaning identified in the

ORDER ESTABLISHING INTERIM
PAYMENT PROCEDURES – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 hj07nv0176

24-01519-FPC11    Doc 73-1    Filed 10/08/24    Entered 10/08/24 12:57:28    Pg 1 of 3

Motion unless otherwise indicated. The Court has reviewed the files and records in this case and finds that cause exists for the requested relief. Now, therefore, it is hereby

ORDERED as follows:

1. The Motion is GRANTED.

2. Each Professional retained by the Debtors or any committee appointed pursuant to 11 U.S.C. § 1102 whose employment has been duly authorized by the Court (collectively, the "Professionals") shall be authorized to obtain, on a monthly basis, reimbursement for their costs and payment of eighty percent (80%) of their fees ten days after sending a billing statement (the "Billing Statement") to the Notified Parties (the "Notice Period"), as each term is defined in the Motion.

3. In the event a party objects to the Billing Statement of a Professional within the Notice Period, that Professional shall be authorized to seek an order of the Court approving payment of its fees and costs on ten days' notice to the Notified Parties.

4. Each Professional shall file an application for approval of its fees and reimbursement of costs and expenses pursuant to 11 U.S.C. §§ 330 or 331, not more than once every one hundred twenty (120) days. A party's failure to object to any prior request for an Interim Payment within the applicable Notice Period shall not waive or otherwise effect such party's right to object to a subsequent fee application.

/ / /End of Order/ / /

ORDER ESTABLISHING INTERIM
PAYMENT PROCEDURES – Page 2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 hj07nv0176

24-01519-FPC11    Doc 73-1    Filed 10/08/24    Entered 10/08/24 12:57:28    Pg 2 of 3

Presented by:

BUSH KORNFELD LLP

By /s/ Jason Wax
    James L. Day, WSBA #20474
    Christine M. Tobin-Presser #27628
    Jason Wax, WSBA #41944
Proposed Attorneys for the Debtors

ORDER ESTABLISHING INTERIM
PAYMENT PROCEDURES – Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 hj07nv0176

24-01519-FPC11   Doc 73-1   Filed 10/08/24   Entered 10/08/24 12:57:28   Pg 3 of 3