So Ordered.

Dated: November 13th, 2024

Frederick P. Corbit
Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC,<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 24-01519<br><br>(Jointly Administered)<br><br>ORDER APPROVING DISCLOSURE STATEMENT FOR DEBTORS' JOINT PLAN OF REORGANIZATION |

THIS MATTER came before the Court at a hearing on November 7, 2024 (the "Combined Hearing") on (among other matters) approval of the adequacy of the *Disclosure Statement for Debtors' Joint Plan of Reorganization* (ECF No. 8) (the "Disclosure Statement") pursuant to Section 1125, Bankruptcy Rule 3017 and Local Rule 3017-1,[1] relating to *Debtors' Joint Plan of Reorganization* (ECF No. 9) (the

---

[1] Unless otherwise specified, all "chapter" and "Section" references are to the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*; all "Bankruptcy Rule" references are to the Federal Rules of Bankruptcy Procedure; and all "Local Rule" references are to the Local Rules and Local Forms, respectively, for the Bankruptcy Court for the Eastern District of Washington.

ORDER APPROVING DISCLOSURE STATEMENT FOR
DEBTORS' JOINT PLAN OF REORGANIZATION– Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 hk13cq01dw

24-01519-FPC11    Doc 119    Filed 11/14/24    Entered 11/14/24 08:09:13    Pg 1 of 5

"Plan"), both as proposed jointly by debtors 1 Min, LLC; Twelfth Floor, LLC; and Hotel at Southport, LLC (collectively, the "Debtors"). The Court, having reviewed the files and records herein, and having considered the presentations of counsel at the Combined Hearing, and deeming itself fully advised, finds and concludes as follows:

A. <u>Findings and Conclusions</u>. The findings and conclusions set forth herein and in the record of the Combined Hearing constitute the Court's findings of fact and conclusions of law pursuant to Rule 52(a)(1) of the Federal Rules of Civil Procedure, as made applicable herein by Bankruptcy Rules 7052 and 9014. To the extent any of the following findings of fact constitute conclusions of law, they are adopted as such. To the extent any of the following conclusions of law constitute findings of fact, they are adopted as such.

B. <u>Chapter 11 Petitions</u>. On September 20, 2024 (the "Petition Date"), the Debtors each filed a voluntary petition under chapter 11, commencing their respective bankruptcy cases (the "Chapter 11 Cases"). By order entered September 26, 2024, the Court directed that the Chapter 11 Cases be jointly administered under Case No. 24-01519. Each Debtor is eligible to be a chapter 11 debtor pursuant to Section 109. The Debtors remain authorized to continue to operate their businesses and manage their affairs as debtors in possession pursuant to Sections 1107(a) and 1108. No trustee or examiner has been appointed pursuant to Section 1104. No statutory committee of unsecured creditors has been appointed pursuant to Section 1102.

C. <u>Jurisdiction and Venue</u>. This Court has jurisdiction over the Chapter 11 Cases pursuant to 28 U.S.C §§ 157 and 1334(a), and L.Civ.R. 83.5 of the Local Rules

ORDER APPROVING DISCLOSURE STATEMENT FOR
DEBTORS' JOINT PLAN OF REORGANIZATION– Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 hk13cq01dw

24-01519-FPC11    Doc 119    Filed 11/14/24    Entered 11/14/24 08:09:13    Pg 2 of 5

of the District Court for the Eastern District of Washington. Venue is proper under 28 U.S.C. §§ 1408 and 1409.

D. <u>Single Asset Real Estate Case</u>. Hotel Debtor[2] is a single asset real estate case as defined under Section 101(51B).

E. <u>Filing of Plan and Disclosure Statement</u>. On the Petition Date, the Debtors filed both the Plan and the Disclosure Statement.

F. <u>Entry of Scheduling Order</u>. On September 30, 2024, the Court entered its *Scheduling Order* [ECF No. 49], which (i) authorized the Debtors to combine the hearings on approval of the Disclosure Statement and confirmation of the Plan into a single hearing pursuant to Section 105(d)(2)(B)(vi); (ii) set the Combined Hearing to occur on November 7, 2024; (iii) established deadlines for the filing of objections to approval of the Disclosure Statement and confirmation of the Plan; (iv) established a deadline for the filing of ballots; and (v) directed the Debtors to send to all creditors, by September 30, 2024, copies of the Plan; the Disclosure Statement; the List Classifying Claims and Interests pursuant to Local Rule 3017-1(e) and in a form consistent with Local Form 3016 (the "<u>Claims List</u>"); a ballot in a form consistent with Local Form 3018C (the "<u>Ballot</u>"); and a Notice of the Combined Hearing in a form consistent with Local Form 3016-1 (the "<u>Notice</u>" and along with the Plan, Disclosure Statement, Claims List and the Ballot, the "<u>Solicitation Materials</u>").

G. <u>Timely Distribution of Solicitation Materials</u>. As evidenced by the Proof of Service filed on October 1, 2024 [ECF No. 53], the Debtors timely transmitted the

---

[2] Capitalized terms not otherwise defined shall have the meanings set forth in the Plan.

ORDER APPROVING DISCLOSURE STATEMENT FOR
DEBTORS' JOINT PLAN OF REORGANIZATION– Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 hk13cq01dw

24-01519-FPC11    Doc 119    Filed 11/14/24    Entered 11/14/24 08:09:13    Pg 3 of 5

Solicitation Materials to all parties entitled to receive them (the "<u>Solicitation</u>"). The Solicitation was otherwise timely, adequate, and sufficient under the circumstances, and was conducted in good faith and was in compliance with the provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Scheduling Order.

    H.    <u>No Objection to Approval of Disclosure Statement</u>. No objection was submitted to approval of the Disclosure Statement, and no party objected to approval of the Disclosure Statement at the Combined Hearing.

    I.    <u>Approval of Disclosure Statement</u>. The Court has carefully reviewed the Disclosure Statement and the Plan, and finds and concludes that the Disclosure Statement contains information of a kind, and in sufficient detail, as far as is reasonably practicable under the circumstances, that would enable a hypothetical reasonable investor to make an informed judgment about the Plan, and should be approved pursuant to Section 1125.

    J.    The Disclosure Statement otherwise complies with applicable provisions of the Bankruptcy Code and the Federal Rules of Bankruptcy Procedure.

Now, therefore, based on the foregoing, it is hereby

ORDERED AS FOLLOWS:

1. The Disclosure Statement, in the form filed as ECF No. 8, is APPROVED pursuant to Section 1125, Bankruptcy Rule 3017 and Local Rule 3017-1.

2. The Solicitation complied with all provisions of the Bankruptcy Code, the Bankruptcy Rules, the Local Rules and the Scheduling Order the same as if the Court had approved the Disclosure Statement prior to the Solicitation.

/// End of Order ///

ORDER APPROVING DISCLOSURE STATEMENT FOR
DEBTORS' JOINT PLAN OF REORGANIZATION– Page 4

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 hk13cq01dw

24-01519-FPC11    Doc 119    Filed 11/14/24    Entered 11/14/24 08:09:13    Pg 4 of 5

Presented by:

BUSH KORNFELD LLP


By   /s/ *James L. Day*
     James L. Day, WSBA #20474
     Christine M. Tobin-Presser #27628
     Jason Wax, WSBA #41944
Attorneys for Debtors

ORDER APPROVING DISCLOSURE STATEMENT FOR
DEBTORS' JOINT PLAN OF REORGANIZATION– Page 5

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 hk13cq01dw

24-01519-FPC11   Doc 119   Filed 11/14/24   Entered 11/14/24 08:09:13   Pg 5 of 5