UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC,<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 24-01519<br><br>(Jointly Administered)<br><br>ORDER SUSTAINING LIMITED OBJECTION TO JOINT PLAN AND DISCLOSURE STATEMENT AND DIRECTING DEBTORS TO FILE AMENDED JOINT PLAN PROVIDING FOR ADEQUATE RESERVES |

THIS MATTER came before the Court at hearings held on November 7 and 12, 2024, on confirmation of *Debtors' Joint Plan of Reorganization* [ECF No. 9] (the "Plan") pursuant to 11 U.S.C. §§ 1121-1124, 1126 and 1129, Bankruptcy Rules 3017 and 3018, and Local Rule 3018-1.[1] After considering the presentations of counsel at the November 12, 2024 hearing, the Court finds and concludes as follows:

---

[1] Unless otherwise specified, all "chapter" and "Section" references are to the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*; all "Bankruptcy Rule" references are to the Federal Rules of

ORDER SUSTAINING LIMITED OBJECTION TO JOINT PLAN AND DISCLOSURE STATEMENT AND DIRECTING DEBTORS TO FILE AMENDED JOINT PLAN PROVIDING FOR ADEQUATE RESERVES– Page 1

hk13b201t2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

24-01519-FPC11    Doc 120    Filed 11/14/24    Entered 11/14/24 08:13:04    Pg 1 of 6

A. The only objection to confirmation of the Plan was the *Limited Objection to Joint Plan & Disclosure Statement & Reservation of Rights* (ECF No. 98) (the "Limited Objection"), filed on behalf of plaintiffs (the "EB-5 Plaintiffs") in the lawsuit, *Lan Cai et al., v. Christ, et al.,* King County Superior Court No. 24-2-04850-2, in which the EB-5 Plaintiffs assert various claims (the "EB-5 Plaintiffs' Claims") against the Debtors and other non-debtor defendants.

B. In the Limited Objection, the EB-5 Plaintiffs stated that, in order to fully resolve their Limited Objection, "the full amount of the damages asserted in the EB-5 Complaint ($32.45 million) should be fully reserved at the Hotel Debtor entity." *Limited Objection* at 4 fn. 1. However, the EB-5 Plaintiffs held open the prospect of resolving the Limited Objection in a manner short of reserving the $32.45 million at the Hotel Debtor entity: "As a practical matter, EB-5 Plaintiffs believe there are three reasonable routes to resolve this Limited Objection without unduly delaying the proposed Plan confirmation and sale process." *Limited Objection* at 7. The first such means proposed in the Limited Objection would be for "The Debtors and EB-5 Plaintiffs [to] agree on appropriate Disputed General Unsecured Claim reserve amounts (or Allowed Claim amounts) at each debtor that would ensure appropriate potential recovery for EB-5 Plaintiff Claims if allowed, which would eliminate any concern from the EB-5 Plaintiffs concerning distributions that may otherwise render the EB-5 Plaintiff claims valueless;" *Id*.

---

Bankruptcy Procedure; and all "Local Rule" references are to the Local Rules and Local Forms, respectively, for the Bankruptcy Court for the Eastern District of Washington.

ORDER SUSTAINING LIMITED OBJECTION TO JOINT
PLAN AND DISCLOSURE STATEMENT AND DIRECTING
DEBTORS TO FILE AMENDED JOINT PLAN PROVIDING
FOR ADEQUATE RESERVES– Page 2

hk13b201t2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

24-01519-FPC11    Doc 120    Filed 11/14/24    Entered 11/14/24 08:13:04    Pg 2 of 6

C. The Debtors previously listed the EB-5 Plaintiffs Claims as disputed, contingent and unliquidated in their schedules of assets and liabilities filed in connection with the commencement of these cases on September 20, 2024 (the "Petition Date").

D. On October 21, 2024, the Debtors also filed an objection to the EB-5 Plaintiffs' Claims, requesting (among other relief) that such claims be disallowed. *See* ECF No. 89.

E. On November 4, 2024, the EB-5 Plaintiffs filed identical proofs of claim in each of the Debtors' chapter 11 cases, in each case asserting a claim in the amount of $32,450,000, but did not file a motion seeking to have their claims estimated under Section 502(c) for purposes of voting on the Plan.

F. At the conclusion of the November 7, 2024, hearing, the Court established a schedule (the "Claim Estimation Schedule") for the submission of briefing, declarations and other materials for estimation of the EB-5 Plaintiffs' Claims. *See* ECF No. 107. The Court's intention in setting the Claim Estimation Schedule was to allow the Court the ability to enter an order estimating the EB-5 Plaintiffs' Claims not later than November 26, 2024.

G. At the November 12, 2024, hearing, counsel for the Debtors advised the Court that the Debtors had reached agreement with WF CREL 2020 Grantor Trust (the "Secured Lender"), the holder of the lender's interests in a senior loan to debtor Hotel at Southport, LLC ("Hotel Debtor") in the principal amount of $90,000,000, and a mezzanine loan to debtor Twelfth Floor, LLC ("Mezz Debtor") in the principal amount of $40,000,000, pursuant to which, after payment in full of claims in Class 1 and

ORDER SUSTAINING LIMITED OBJECTION TO JOINT PLAN AND DISCLOSURE STATEMENT AND DIRECTING DEBTORS TO FILE AMENDED JOINT PLAN PROVIDING FOR ADEQUATE RESERVES– Page 3

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hk13b201t2

24-01519-FPC11    Doc 120    Filed 11/14/24    Entered 11/14/24 08:13:04    Pg 3 of 6

Class 4 of the Plan and allowed administrative expense claims, proceeds from the sale of Hotel Debtor's assets (the "Sale") in the amount of $32,450,000 (the full amount of the EB-5 Plaintiffs' Claims as set forth in the relevant proofs of claim) would be reserved and held by Hotel Debtor pending further proceedings in connection with this Court's allowance or disallowance of the EB-5 Plaintiffs' Claims, with the remaining net proceeds of the Hotel Debtor estate, including the remaining proceeds from the Sale, being distributed to Mezz Debtor for partial payment of the Class 2 Claim under the Plan.

H. The proposed reservation of funds would resolve the Limited Objection according to its terms, eliminate the need for the Court to estimate the EB-5 Plaintiffs Claims for purposes of reserving funds from proceeds of the Sale, allow for the confirmation of an amended form of the Plan consistent with the Court's comments at the November 7 hearing, and permit the parties ample time to resolve issues related to the EB-5 Plaintiffs' Claims following the closing of the Sale.

NOW, THEREFORE, IT IS HEREBY

ORDERED as follows:

1. The Limited Objection is sustained, subject to the First Amended Plan and Confirmation Order conforming with the resolution of the Limited Objection as outlined in this order and at the November 12, 2024 hearing.

2. Not later than November 19, 2024, the Debtors shall submit:

  a. an amended Plan (the "First Amended Plan") that (i) modifies the Plan to incorporate the changes the Court directed at the conclusion of the November 7, 2024 hearing; (ii) provides that, from the proceeds of the closing of the Sale, after full

ORDER SUSTAINING LIMITED OBJECTION TO JOINT
PLAN AND DISCLOSURE STATEMENT AND DIRECTING
DEBTORS TO FILE AMENDED JOINT PLAN PROVIDING
FOR ADEQUATE RESERVES– Page 4

hk13b201t2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

24-01519-FPC11    Doc 120    Filed 11/14/24    Entered 11/14/24 08:13:04    Pg 4 of 6

payment of claims in Class 1 and Class 4 and all administrative expense claims, funds in the amount of $32,450,000 shall be reserved and held by Hotel Debtor pending further proceedings and entry of an order allowing or disallowing the EB-5 Plaintiffs' Claims; and (iii) directs that any remaining proceeds of the Hotel Debtor estate, including the remaining proceeds from the Sale, be distributed to Mezz Debtor for partial payment of the Class 2 Claim under the Plan; and

    b. a proposed order confirming the First Amended Plan consistent with the foregoing.

///End of Order///

Presented by:

BUSH KORNFELD LLP


By /s/ James L. Day
James L. Day, WSBA #20474
Christine M. Tobin-Presser #27628
Jason Wax, WSBA #41944

**Attorneys for Debtors**


Approved for Entry:

EISENHOWER CARLSON PLLC


By /s/ Darren R. Krattli
Darren R. Krattli, WSBA No. 39128
909 A Street, Suite 600
Tacoma, Washington 98402
Telephone: (253) 572-4500
Facsimile: (253) 272-5732
E-Mail: DKrattli@Eisenhowerlaw.com

ORDER SUSTAINING LIMITED OBJECTION TO JOINT PLAN AND DISCLOSURE STATEMENT AND DIRECTING DEBTORS TO FILE AMENDED JOINT PLAN PROVIDING FOR ADEQUATE RESERVES– Page 5

hk13b201t2

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

24-01519-FPC11    Doc 120    Filed 11/14/24    Entered 11/14/24 08:13:04    Pg 5 of 6

and

MAYER BROWN LLP

Thomas S. Kiriakos (admitted pro hac vice)
Craig E. Reimer (admitted pro hac vice)
71 S. Wacker Dr.
Chicago, Illinois 60606
Telephone: (312) 782-0600
Facsimile: (312) 701-7711
Email: TKiriakos@mayerbrown.com
CReimer@mayerbrown.com

and

Danielle A. Sigal (admitted pro hac vice)
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 506-2500
Email: DSigal@mayerbrown.com

**Counsel to WF CREL 2020 GRANTOR TRUST**

REID & WISE LLC


By: /s/ *Matthew J. Livingston*
Matthew J. Livingston (Admitted Pro Hac Vice)
One Penn Plaza, Suite 2015
New York, NY 10119
Phone: (212) 858-9982
mlivingston@reidwise.com

**Attorneys for EB-5 Plaintiffs**

ORDER SUSTAINING LIMITED OBJECTION TO JOINT PLAN AND DISCLOSURE STATEMENT AND DIRECTING DEBTORS TO FILE AMENDED JOINT PLAN PROVIDING FOR ADEQUATE RESERVES– Page 6

Bush Kornfeld LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

hk13b201t2

24-01519-FPC11    Doc 120    Filed 11/14/24    Entered 11/14/24 08:13:04    Pg 6 of 6