James L. Day, WSBA #20474
Christine M. Tobin-Presser, WSBA #27628
Jason Wax, WSBA #41944
BUSH KORNFELD LLP
601 UNION STREET, SUITE 5000
SEATTLE, WA 98101
Tel: (206) 292-2110
Emails: jday@bskd.com; ctobin@bskd.com; jwax@bskd.com

HONORABLE FREDERICK P. CORBIT

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| In re<br><br>1 MIN, LLC; HOTEL AT SOUTHPORT, LLC; and TWELFTH FLOOR, LLC,<br><br>Debtors. | Chapter 11<br><br>Lead Case No. 24-01519<br><br>(Jointly Administered)<br><br>**NOTICE OF EFFECTIVE DATE OF DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION** |

**PLEASE TAKE NOTICE OF THE FOLLOWING:**

1. **Confirmation Order**. By Order dated November 27, 2024 [Docket No. 129] (the "Confirmation Order"), the United States Bankruptcy Court for the Eastern District of Washington (the "Bankruptcy Court") confirmed the *Debtors' First Amended Joint Plan of Reorganization* [ECF No. 127] (including all exhibits and supplements thereto, as amended, modified, or supplemented from time to time prior to entry of the Confirmation Order, the "Plan") filed by 1 Min, LLC; Hotel at Southport, LLC; and Twelfth Floor, LLC (the "Debtors," and following entry of the Confirmation Order, the "Reorganized Debtors"), the debtors and debtors-in-possession in the above-referenced chapter 11 case (the "Chapter 11 Case"), as satisfying the requirements of section 1129 of Title 11 of the United States Code.

2. **Effective Date**. On December 12, 2024, the Effective Date of the Plan occurred, and the Plan was substantially consummated. All conditions precedent to the Effective Date set forth in the Plan have either been satisfied or waived in accordance with the Plan and the Confirmation Order.

NOTICE OF EFFECTIVE DATE OF DEBTORS' FIRST
AMENDED JOINT PLAN OF REORGANIZATION – Page 1

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 hm17nd01fh

24-01519-FPC11    Doc 145    Filed 12/17/24    Entered 12/17/24 17:19:44    Pg 1 of 2

3. **Bar Date for Rejection Damages**. Pursuant to Section VI.B. of the Plan, Claims arising out of the rejection of an executory contract or unexpired lease pursuant to the Plan must be filed with the court and served upon counsel to the Reorganized Debtors at the address set forth above within thirty (30) calendar days after the Effective Date (*i.e.*, **January 13, 2025**). Any Claims not filed within such time period will be forever barred from assertion against the Debtors and/or its property and/or its Estate.

4. **Bar Date for Administrative Expense Claims**. Pursuant to Sections IV.A.1. and VIII.C. of the Plan, Administrative Expense Claims arising on or after September 25, 2020 must be filed with the court and served upon counsel to the Reorganized Debtors at the address set forth above within thirty (30) calendar days after the Effective Date (*i.e.*, **January 13, 2025**). Any Administrative Expense Claims not filed within such time period will be forever barred from assertion against the Debtors and/or its property and/or its Estate.

5. **Releases, Injunctions, and Exculpation**: Pursuant to the Confirmation Order, the releases, injunctions, and exculpation provisions set forth in Section X.E. of the Plan are now in full force and effect.

6. **Viewing the Plan and Confirmation Order**. The Plan and the Confirmation Order may be obtained: (a) via download from the Bankruptcy Court's website at ecf.waeb.uscourts.gov for registered users of the PACER and/or CM/ECF systems (for a fee); or (b) by email request to psutton@bskd.com.

DATED this 17th day of December, 2024.

BUSH KORNFELD LLP

By  */s/ James L. Day*
    James L. Day, WSBA #20474
*Attorneys for 1 Min, LLC; Hotel at Southport, LLC; and Twelfth Floor, LLC, Reorganized Debtors*

NOTICE OF EFFECTIVE DATE OF DEBTORS' FIRST AMENDED JOINT PLAN OF REORGANIZATION – Page 2

BUSH KORNFELD LLP
LAW OFFICES
601 Union St., Suite 5000
Seattle, Washington 98101-2373
Telephone (206) 292-2110
Facsimile (206) 292-2104

2836 hm17nd01fh

24-01519-FPC11    Doc 145    Filed 12/17/24    Entered 12/17/24 17:19:44    Pg 2 of 2